INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Respondent, *v.* THE PARK & POLLARD COMPANY, Appellant, Impleaded with THE STUYVESANT INSURANCE COMPANY and THE INDUSTRIAL FIRE INSURANCE COMPANY, Respondents, and Another.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office November 6, 1919, granting plaintiff's motion to enjoin the defendant The Park & Pollard Company from prosecuting any actions against the defendants, respondents, upon any of the issues in this action during the pendency thereof.

PER CURIAM: The Court of Appeals (229 N. Y. 631) having on October 19, 1920, affirmed the judgment of this court, reported in 190 Appellate Division, 388, sustaining the demurrer to the complaint herein without giving leave to amend, the order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith and Page, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

———

GEORGE S. SMITHLIN v. HENRY W. BUSE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ABRAHAM GLANZER and Others v. LEVY SHEPARD and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JULIUS BLATT v. HYMAN SCHLESSINGER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ISIDOR KASNER v. SUSAN M. MERIAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SAMUEL KARTEN and Others v. BACHMEIER & Co., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of JAMES HUGHES, Deceased.— Motion to dismiss appeal denied, with leave to renew as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY BERKELHEIMER v. ABRAHAM GOLDMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LEO FINKENBERG, INC., v. CROMPTON BUILDING CORPORATION and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.